tered in this matter on September 23, 1983 is vacated.

## In re Benjamin E. NICKLESON, Jr.

### No. 83–388–M.P.

Supreme Court of Rhode Island.

Sept. 28, 1983.

Amato A. DeLuca, Revens & DeLuca, Michael St. Pierre, Revens & DeLuca, Warwick, for petitioner.

Bruce G. Pollock, Warwick, for respondent.

### ORDER

The petition for writ of certiorari and motion for stay are denied. See *Kurbiec v. Bastien*, R.I., 428 A.2d 303 (1981). The stay entered in this case on July 26, 1983 is vacated.

## STATE

v.

## The HOPE BUILDING COMPANY, INC.

### No. 83–417–M.P.

Supreme Court of Rhode Island.

Sept. 28, 1983.

Peter L. Kennedy, Adler, Pollock & Sheehan, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Donald G. Elbert, Jr., Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of certiorari is denied. The stay entered in this case on August 12, 1983 is vacated.

## STATE

v.

## John J. HUGHES III.

### No. 83–462–M.P.

Supreme Court of Rhode Island.

Sept. 28, 1983.

John F. Sheehan, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Joel S. Chase, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

MURRAY, J., did not participate.